**FILED**

07/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0185

_____

IN RE MONTANA STATE FUND'S
APPLICATION FOR RELEASE OF
DEPARTMENT OF JUSTICE
CONFIDENTIAL CRIMINAL JUSTICE
INFORMATION CONCERNING MATTHEW
AILER, CDC-2014-98.

**FILED**

JUL 2 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Appellant Matthew Ailer has filed a motion for extension of time to file his reply brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until August 11, 2023, to file his reply brief.

No further extensions will be granted.

DATED this 25 day of July, 2023.

For the Court,

_____
Chief Justice